JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BROAN-NUTONE, LLC; JAKEL MOTORS INCORPORATED; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 5:21-cv-00479 SPG-SHK<br><br>Hon. Sherilyn Peace Garnett<br><br>**ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [ECF NO. 19]** |

On October 28, 2022, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action, With Prejudice.

The Court, having considered Plaintiff's Notice of Dismissal and finding good cause therefor, hereby GRANTS the Dismissal and Orders as follows:

1. Plaintiff's Complaint is Dismissed, in its entirety, with prejudice.

   IT IS SO ORDERED.

DATED: November 2, 2022    By: _____
　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT